IN THE DISTRICT COURT OF THE UNITED STATES
For The
JUDICIAL DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
FEB 16 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

| | |
|---|---|
| ENOC ALCANTABA MENDEZ, PLAINTIFF, vs. UBALDO BOCANEGRA, and SHELLEY STANTON, DEFENDANTS. | Case Number 0:20-CV-01438-JRT-DTS In Personam Action |

## PRO SE VERIFIED COMPLAINT FOR ATTACHMENT AND GARNISHMENT

TO THE DISTRICT COURT:

COMES NOW, Enoc Alcantaba Mendez, Plaintiff in Propia Persona, a Petitioning-Party for redress of grievances before this District Court and in order to state an IN PERSONAM ACTION for attachment and garnishment against Defendants sought to be found within this Judicial district as provided by Fed.R.Civ.P. 8(a),(e), Fed.R.Evid. 804(a)(5), Supp.R.Adm.Mar.Cl. A(1)(A)(i), 28CFR§543.11, and 28USC§ 1654, and very respectfully states this action, as follows:

1. This Civil Action, originally for Conspiracy to interfere with civil rights, has now become a case of Admiralty and Maritime Jurisdiction within the meaning of Fed.R.Civ.P. 9(h)(1) arising from the attested fact that two(2) of the three(3) Defendants were not found within the judicial district of Minnesota as reflected in the Docket Entry No.

*1-3*

SCANNED
FEB 17 2021
U.S. DISTRICT COURT ST. PAUL

19 of February 04, 2021, C.E., and by virtue of U.S. Const. Art. III, §2, Cl.1, 28USC§1333( ), 42USC§1985 and BIVENS, and Supp.B.Adm. Mar. Cl. B(1)(a). Fed.R.Civ.P. 8(a)(1).

2. The names of those 2 Defendants whom were not found within the district are UBALDO BOCANEGRA and SHELLEY STANTON.

3. In the original Civil Action, the amount sued for is forty-six million and two-hundred thousand U.S. Dollars ($46,200,000) as a redress for grievances under the U.S. Const. 1st Amdt.

4. Because I am under conditions of imprisonment as those whom were convicted of a crime, which preclude me from exercising any DUE DILIGENCE to search, obtain, and provide new information enabling the U.S. Marshals Service to serve any process, I hereby assert that the conditions of Supp.B.Adm.Mar. Cl. B(1) are existently present.

WHEREFORE, it is respectfully prayed that this District Court proceed to enter an Order of Court authorizing process of Attachment and Garnishment to attach the 2 Defendants' tangible or intangible property up to the amount sued for, or that any defectiveness in this rising Case of Admiralty be dealt with by appointing a Proctor or learned Counsel in Admiralty.

On this 12th day of February 2021, C.E., in F.M.C. Butner, NC.

E.A.M.

Respectfully presented,

Enoc Alcantara

ENOC ALCANTARA
Plaintiff and Sailor in Admiralty

2-3

<u>AFFIDAVIT REQUIRED BY Supp.R.Adm.Mar.Cl. B(1)(b) AND IN COMPLIANCE WITH 28USC§1746(2)</u>

I THE UNDERSIGNED PRISONER OF THE UNITED STATES, Suitor in Admiralty, and Affiant, do hereby declare and state under Penalty of Perjury, that:

1) to the best of my knowledge, Information, and belief, formed after an inquiry reasonable under the circumstances and conditions of imprisonment, it is True and Correct that, the Persons of Mr. Ubaldo Bocanegra and Ms. Shelley Stanton are the 2 Defendants whom cannot be found within the Judicial district of Minnesota; and

2) on this 12th day of February 12, 2021, C.E., I have caused the electronic and physical filing and Service of:
   a) the foregoing Pro Se Verified Complaint for Attachment and Garnishment; and
   b) the enclosed two(2) USM-285 forms (Summonses) bearing the 2 Defendants' correspondent names and supplemental information, by depositing them all in the F.M.C. Butner, NC's internal mailing system designed for Legal Mail on an envelope properly addressed and with First-Class Postage Prepaid, to: OFFICE OF THE DISTRICT CLERK, UNITED STATES DISTRICT COURT FOR THE JUDICIAL DISTRICT OF MINNESOTA, Warren E. Burger Fed. Bldg. and U.S. Courthouse, 316 North Robert Street, Room 100, St. Paul, MN 55101.

E.A.M.

Enoc Alcantara

ENOC ALCANTARA
Plaintiff and Suitor in Admiralty
Making Prisoner Litigation Great Again
Reg. No. 25861-069

SCANNED
FEB 17 2021 CK
U.S. DISTRICT COURT ST. PAUL

3-3