# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Enoc Alcantrara Mendez, | Case No. 20-cv-1438 (JRT/DTS) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Ubaldo Bocanegra, et al., | |
| Defendants. | |

Plaintiff Enoc Alcantrara Mendez filed this action against Defendants in both their official and individual capacities. The Court received three completed U.S. Marshal service forms from Mendez and waivers were sent to the individuals at the addresses provided by Mendez. Two of the three waivers were returned as undeliverable on December 28, 2020.

On February 4, 2021, the Court sent more forms to Mendez with a letter explaining that the addresses previously provided for two of the defendants appeared to be incorrect and asking him to complete the new forms with updated information for the two defendants whose forms had been returned as undeliverable. *See* Letter, Dkt. No. 19. Mendez completed and returned four forms but on the forms for the two defendants who had the "undeliverable" address of FMC Rochester, no new address was provided for service in their individual capacities.

Mendez filed an amended complaint on February 18, 2021 and listed only two defendants—Ubaldo Bocanegra and Shelley Stanton. Compl., Dkt. No. 20. Because the amended complaint did not list Dionne Hart as a defendant, the Court terminated her from this action. On April 28, 2021, the Court directed the U.S. Marshal service to effect service, and more forms along with another explanatory letter were sent to Mendez on

April 30, 2021. Again Mendez returned the forms with the incorrect FMC Rochester address and individual service was not complete. Defendants were served in their official capacities, Dkt. No. 26, however, neither defendant was served in his or her individual capacity.

In addition to the Court's explanatory letters, the Government also sent letters to Mendez explaining the need to serve the defendants in their individual capacity. *See* Letters, Dkt. Nos. 16, 28. In addition, the Court granted the Government's request to extend the time for service to September 3, 2021. Individual service is still not complete, and it appears that Mendez is unable to provide accurate information to properly serve Defendants in their individual capacities.

## RECOMMENDATION

Based on the foregoing and all the files, records, and proceedings herein, this Court RECOMMENDS THAT the claims against Defendants in their individual capacities be DISMISSED WITHOUT PREJUDICE.

Dated: September 24, 2021               s/David T. Schultz
   DAVID T. SCHULTZ
   United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set for in LR 72.2(c).