## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

ENOC ALCANTARA MENDEZ,             Civil No. 20-1438 (JRT/DTS)

            Plaintiff,

v.

            **ORDER**

UBALDO BOCANEGRA, et al.,

            Defendants.

---

Enoc Alcantara Mendez, 25861-069, ADDRESS UNKNOWN, *pro se* plaintiff.

Ana H Voss, Liles Repp, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for defendants.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated May 25, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that the Defendants' Motion to Dismiss [ECF No. 45] is **GRANTED** and the amended complaint is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 22, 2022
at Minneapolis, Minnesota

                                                   s/John R. Tunheim
                                                   JOHN R. TUNHEIM
                                                   United States District Court